DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL J. MADRY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2356

[October 4, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dennis D. Bailey, Judge; L.T. Case No. 80-9092 CF10A.

Michael J. Madry, Crawfordville, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Anesha Worthy, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See* Fla. R. App. P. 9.315(a).

CIKLIN, LEVINE and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***